Robert Tauler (SBN 241964)
Leticia Kimble (SBN 262012)
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, California 90017
Tel: (310) 492-5129
rtauler@taulersmith.com
leticia.kimble@taulersmith.com

Attorneys for Plaintiff
OUTLAW LABORATORY, LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTLAW LABORATORY, LP, a Texas limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>AL-ERYANI WHOLESALE INC., a California Corporation, SAMS UNIVERSAL WHOLESALE INC D/B/A SAMCO WHOLESALE, a California Corporation, NW SHELL, INC., a California Corporation, CHICO'S MARKET, INC, a California Corporation, GOLFLINKS STATION, INC., a California Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 4:18-CV-00557-PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF GOLFLINKS STATION, INC.** |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a)(1)(A)(i), Plaintiff OUTLAW LABORATORY, LP voluntarily dismisses Defendant GOLFLINKS STATION, INC., from the above-captioned action with prejudice.

DATED:  April 4, 2018                    TAULER SMITH LLP


                                         By: __/s/ Robert Tauler_____
                                              Robert Tauler
                                              OUTLAW LABORATORY, LP